MARSANNE WEESE (SBN 232167
Law Offices of Marsanne Weese
255 Kansas Street, Suite 340
San Francisco, CA 94103
Tel: (415) 565-9600
Fax: (415) 565-9601
Email: marsanne@marsannelaw.com

Attorney for FRANK ANTHONY RUBERTO GOWANS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 25-CR-00375-EKL |
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| v. | ) CONFERENCE FROM FEBRUARY 10, 2026, TO |
| | ) MARCH 24, 2026, AND [PROPOSED] ORDER |
| FRANK ANTHONY RUBERTO GOWANS, | ) |
| Defendant. | ) |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Frank Anthony Ruberto Gowans, that the status conference hearing currently scheduled for February 10, 2026, at 10:30 a.m. be continued to March 24, 2026, at 10:30 a.m., and that time be excluded under the Speedy Trial Act from February 10, 2026, through March 24, 2026.

The parties have met and conferred about the discovery in this matter. Mr. Gowans is recovering from surgery and will not be available to attend the status conference. Without his presence, the status conference would not be productive. Thus, the government and defense counsel agree that the status conference should be continued to March 24, 2026. Both parties also agree that time should be excluded under the Speedy Trial Act for defense counsel to review discovery and prepare Mr. Gowans's case when he is healthier. Therefore, the parties also stipulate and agree that excluding time from February 10, 2026, to March 24, 2026, will allow for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from February 10, 2026, to March 24, 2026 outweigh the best interests of the public and the

Stipulation and Order                                          1

defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: 2/5/2026

_____/s/_____
MARSANNE WEESE
Counsel for Defendant Fernando Moreno

DATED: 2/5/2026

_____/s/_____
JEFFREY NEDROW
Assistant United States Attorney

Stipulation and Order                          2

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that defendant Frank Anthony Ruberto Gowans's status conference scheduled for February 10, 2026, at 10:30 a.m. be continued to March 24, 2026, at 10:30 a.m.

It is also ORDERED that time is excluded from the time computations of the Speedy Trial Act from February 10, 2026 to March 24, 2026, to allow for the effective preparation of counsel. The Court finds that failing to exclude time from February 10, 2026 to March 24, 2026 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between February 10, 2026 to March 24, 2026 outweigh the interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.


DATED: ___February 9, 2026___                          _____

HON. EUMI K. LEE
United States District Judge

Stipulation and Order                                    3