CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, California 95113
    Telephone: (408) 535-5045
    FAX: (408) 535-5066
    Jeff.nedrow@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 25-CR-00375-EKL |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE FROM MARCH 24, 2026, TO |
| v. | ) | APRIL 14, 2026, AND ~~[PROPOSED]~~ ORDER |
| | ) | |
| FRANK ANTHONY RUBERTO GOWANS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Frank Anthony Ruberto Gowans, that the status conference hearing currently scheduled for March 24, 2026, at 10:30 a.m. be continued to April 14, 2026, at 10:30 a.m., and that time be excluded under the Speedy Trial Act from March 24, 2026, through April 14, 2026.

The parties agree that this requested continuance will permit the defense additional time to review discovery and confer with Mr. Gowans as he recovers from his February medical procedure, as well as provide the opportunity for both parties to effectively prepare and discuss the next steps in the case. Accordingly, the parties jointly request that the Court continue the case to April 14, 2026. The parties also agree that time should be excluded under the Speedy Trial Act from March 24, 2026 to April 14, 2026 to permit defense counsel the time necessary to review discovery with Mr. Gowans and to

Stipulation and Order                    1

allow for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from March 24, 2026, to April 14, 2026 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED:   3/19/26                                    /s/
                                        JEFFREY NEDROW
                                        Assistant United States Attorney


DATED:   3/19/26                                    /s/
                                        MARSANNE WEESE
                                        Counsel for Defendant Frank Anthony Ruberto Gowans

Stipulation and Order                              2

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that defendant Frank Anthony Ruberto Gowans's status conference scheduled for March 24, 2026, at 10:30 a.m. be continued to April 14, 2026, at 10:30 a.m.

It is also ORDERED that time is excluded from the time computations of the Speedy Trial Act from March 24, 2026 to April 14, 2026, to allow for the effective preparation of counsel. The Court finds that failing to exclude time from March 24, 2026 to April 14, 2026 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between March 24, 2026 to April 14, 2026 outweigh the interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.


DATED:   March 20, 2026

HON. EUMI K. LEE
United States District Judge

Stipulation and Order                                          3