MARSANNE WEESE (CA SBN 232167)
Law Offices of Marsanne Weese
255 Kansas Street, Suite 340
San Francisco, CA 94103
Telephone: 415-565-9600
Email: marsanne@marsannelaw.com

Attorney for FRANK ANTHONY RUBERTO GOWANS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 5:25-cr-00375-EKL-1 |
| Plaintiff, | ) <br> ) STIPULATION TO CONTINUE STATUS <br> ) CONFERENCE AND [PROPOSED] ORDER |
| v. | ) |
| FRANK ANTHONY RUBERTO GOWANS, | ) |
| Defendant. | ) |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant, Frank Anthony Ruberto Gowans, that the status conference hearing currently scheduled for April 14, 2026, at 10:30 a.m. be continued to May 26, 2026, at 10:30 a.m., and that time be excluded under the Speedy Trial Act from April 14, 2026, through May 26, 2026.

The parties agree that this requested continuance will permit the defense additional time to review discovery and confer with Mr. Gowans as he recovers from surgery, as well as provide the opportunity for both parties to effectively prepare and discuss the next steps in the case. Accordingly, the parties jointly request that the Court continue the case to May 26, 2026.  Both parties also agree that time should be excluded under the Speedy Trial Act from April 14, 2026, to May 26, 2026, to permit defense counsel the time necessary to review discovery with Mr. Gowans and to allow for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from April 14, 2026, to May 26, 2026, outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

STIPULATION AND ORDER

IT IS SO STIPULATED.

DATED: 4/13/2026

_____/s/_____
MARSANNE WEESE
Attorney for Defendant
Frank Anthony Ruberto Gowans

DATED: 4/13/2026

_____/s/_____
JEFFREY NEDROW
Assistant United States Attorney

STIPULATION AND ORDER

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that defendant Frank Anthony Ruberto Gowans' status conference scheduled for April 14, 2026, at 10:30 a.m. be continued to May 26, 2026, at 10:30 a.m.

It is also ORDERED that time is excluded from the time computations of the Speedy Trial Act from April 14, 2026, to May 26, 2026, to allow for the effective preparation of counsel.  The Court finds that failing to exclude time from April 14, 2026, to May 26, 2026, would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between April 14, 2026, to May 26, 2026, outweigh the interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:  April 13, 2026

HON. EUMI K. LEE
United States District Judge

STIPULATION AND ORDER