MARSANNE WEESE (CA SBN 232167)
Law Offices of Marsanne Weese
255 Kansas Street, Suite 340
San Francisco, CA 94103
Telephone: 415-565-9600
Email: marsanne@marsannelaw.com

Attorney for FRANK ANTHONY RUBERTO GOWANS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:25-cr-00375-EKL-1 |
| Plaintiff, | STIPULATION TO PERMIT DEFENDANT TO TRAVEL OUT OF STATE |
| v. | **AS MODIFIED BY THE COURT** |
| FRANK ANTHONY RUBERTO GOWANS, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant, Frank Anthony Ruberto Gowans, that Mr. Gowans be permitted to travel out of the state of California from June 7, 2026, to June 11, 2026. The purpose of the travel is so Mr. Gowans can help his friend move from California to an apartment in Utah. United States Pretrial Services was contacted regarding the travel on June 5, 2026, and did not object.

IT IS SO STIPULATED.

DATED: 6/5/2026

           /s/
MARSANNE WEESE
Attorney for Defendant
Frank Anthony Ruberto Gowans

DATED: 6/5/2026

           /s/
JEFFREY NEDROW
Assistant United States Attorney

STIPULATION AND ORDER

[PROPOSED] ORDER  **AS MODIFIED BY THE COURT**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that defendant Frank Anthony Ruberto Gowans be permitted to travel out of state from June 7, 2026, to June 11, 2026, for the purpose of assisting his friend in moving from California to Utah. Mr. Gowans shall provide his itinerary, including the locations(s) where he will stay, to his supervising Pretrial Services Officer, before leaving the Northern District of California.

IT IS SO ORDERED.

DATED: ___June 5, 2026___

HON. EUMI K. LEE
United States District Judge

VIRGINIA K. DEMARCHI
United States Magistrate Judge

STIPULATION AND ORDER