CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5045
FAX: (408) 535-5066
Jeff.nedrow@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK ANTHONY RUBERTO GOWANS,<br><br>Defendant. | NO. 25-CR-00375-EKL<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE FROM DECEMBER 1, 2026 TO JANUARY 19, 2027, AND ~~[PROPOSED]~~ ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Frank Anthony Ruberto Gowans, that the status conference hearing currently scheduled for December 1, 2026, at 10:30 a.m. be continued to January 19, 2027, at 10:30 a.m., and that time be excluded under the Speedy Trial Act from December 1, 2026, through January 19, 2027.

The parties agree that this requested continuance will permit the defense additional time to review discovery, consult with Mr. Gowans, and effectively prepare and evaluate the next steps in the case. Accordingly, the parties jointly request that the Court continue the case to January 19, 2027. The parties also agree that time should be excluded under the Speedy Trial Act from December 1, 2026 to January 19, 2027 to permit defense counsel the time necessary to discuss the case with Mr. Gowans and to allow for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further

stipulate and agree that the ends of justice served by excluding the time from December 1, 2026 to January 19, 2027 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: 11/24/2026

/s/
JEFFREY NEDROW
Assistant United States Attorney

DATED: 11/24/2026

/s/ *(per authorization)*
MARSANNE WEESE
Counsel for Defendant Frank Anthony Ruberto Gowans

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that defendant Frank Anthony Ruberto Gowans's status conference scheduled for December 1, 2026, at 10:30 a.m. be continued to January 19, 2027, at 10:30 a.m.

It is also ORDERED that time is excluded from the time computations of the Speedy Trial Act from December 1, 2026 to January 19, 2027, to allow for the effective preparation of counsel. The Court finds that failing to exclude time from December 1, 2026 to January 19, 2027 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between December 1, 2026 to January 19, 2027 outweigh the interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: November 24, 2026

HON. EUMI K. LEE
United States District Judge